### IN THE

## SUPERIOR COURT

### OF THE

## TERRITORY OF ORLEANS.

———⮞⊛⬤———

### SPRING TERM—1811—SECOND DISTRICT.

———⮞•⮜———

### *LEWIS* vs. *ANDREWS.*

*Baldwin* for the plaintiff, produced the defendant's power of attorney, and moved that the court might, on proof of the execution of it, order judgment to be entered.

*By the Court*, MARTIN, *J. alone.* It cannot be done. The proof of the execution of the power, is a matter of fact which is properly triable by a jury. The defendant, having had no opportunity of praying for a jury, cannot be said to have waved his right thereto.

MOTION DENIED.

*Margin note:* SPRING 1811. II. District. — Court cannot try a fact, unless the party has an opportunity of asking for a jury.